IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HARVEY MCDOWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>NEBRASKA STATE FIRE MARSHALS OFFICE,<br><br>    Defendant. | 4:24-CV-3043<br><br>ORDER |

This matter is before the Court on its own motion. The plaintiff filed a Notice of Appeal (filing 16), but failed to include the $605.00 filing and docket fees. The plaintiff has the choice of either submitting the $605.00 filing and docket fees to the clerk's office or submitting a request to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. The plaintiff is directed to submit the $605.00 fees to the clerk's office or submit a request to proceed in forma pauperis.

2. The Clerk of the Court is directed to send the plaintiff a copy of Form AO 240 ("Application to Proceed in District Court Without Prepaying Fees or Costs") along with this order.

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter for September 25, 2024:

- 2 -

with the following docket text: Check for motion to proceed in forma pauperis or payment.

Dated this 26th day of August, 2024.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Senior United States District Judge